IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30429
Conference Calendar
_____

RICHARD J. VINET,

Petitioner-Appellant,

versus

BURL CAIN, Acting Warden,
Louisiana State Penitentiary;
RICHARD P. IEYOUB, Attorney General,
State of Louisiana,

Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 94-CV-2576
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Appellant appeals from the district court's order denying his petition for a writ of habeas corpus. He argues that his confession should have been suppressed and that, if not, the recording of the entire confession should have been played for the jury. We have reviewed the record and the district court's opinion, which adopted the magistrate judge's report, and find no

---

[*]    Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Vinet v. Whitley</u>, No. 94-2576 (E.D. La. Apr. 18, 1995).

AFFIRMED.